OFFICE OF THE ATTORNEY GENERAL OF TEXAS
AUSTIN



GERALD C. MANN
ATTORNEY GENERAL

Mr. F. E. Rightor, Secretary
Texas State Board of Registration for
Professional Engineers
Austin, Texas

Dear Sir:

Opinion No. O-914
Re: Professional Engineers and
Land Surveyors as witnesses.

We are in receipt of your letter of June 1 in
which you ask our opinion as to the relative weight to be
given evidence of licensed professional engineers and li-
censed land surveyors.

An inspection of the statutes relating to pro-
fessional engineers (Article 3271a, Vernon's Annotated
Civil Statutes), and to land surveyors (Articles 5268 to
5305, R. C. S., 1925) fails to reveal where either pro-
fession is given preferred standing in our courts.

In the case of McAninch v. Freeman, 4 S. W. 369,
we find the following language:

"The court did not err in refusing
to charge the jury, at the request of
plaintiffs in error, that the report of
the surveyor appointed by the court es-
tablished prima facie the true location
of the surveys in controversy. The re-
port was evidence; but we are of opin-
ion that it was entitled to no more
weight than the testimony of a witness
who knew the same facts."

See also the case of Kerlick v. Meyer, 19 S. W.
379.

Mr. F. E. Rightor, Page 2


        If either a licensed professional engineer or licensed land surveyor should be called as a witness to qualify as an expert, it would not be sufficient to prove only that he belongs to the profession or calling to which the subject matter of the inquiry relates;  he must further show possession of special knowledge as to the very question on which he proposes to express an opinion.  See 19 Tex. Jur. 72, Par. 47.

        The general rules of evidence would control the testimony of either witness and the court or jury is given the province of passing upon the credibility or weight to be given such evidence.

                                    Yours very truly

                            ATTORNEY GENERAL OF TEXAS

                            By

                                    Benjamin Woodall
                                        Assistant

APPROVED
OPINION
COMMITTEE
BY

BW:FL


APPROVED JUN 21, 1939

ATTORNEY GENERAL OF TEXAS